| Fill in this information to identify the case: |
| --- |
| Debtor 1    Brad M Mieske |
| Debtor 2    _____ |
| (Spouse, if filing) |
| United States Bankruptcy Court for the EASTERN District of MICHIGAN |
| Case number 18-22127-dob |

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** MTGLQ INVESTORS, L.P.         **Court claim no**. (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 4096

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No
☐ Yes. Date of the last notice: _____

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

|    | Description | Date Incurred |      | Amount |
| --- | --- | --- | --- | --- |
| 1  | Late Charges |  | (1)  | $0.00 |
| 2  | Non-sufficient funds (NSF) fees |  | (2)  | $0.00 |
| 3  | Attorneys fees |  | (3)  | $0.00 |
| 4  | Filing fee and court costs |  | (4)  | $0.00 |
| 5  | Bankruptcy/Proof of claim fees | 01/17/2019 (POC) | (5)  | $300.00 |
| 6  | Appraisal/Broker's Price opinion fees |  | (6)  | $0.00 |
| 7  | Property inspection fees |  | (7)  | $0.00 |
| 8  | Tax Advances (non-escrow) |  | (8)  | $0.00 |
| 9  | Insurance advances (non-escrow) |  | (9)  | $0.00 |
| 10 | Property preservation expenses |  | (10) | $0.00 |
| 11 | Other. Specify: Plan Review | 12/18/2018 | (11) | $350.00 |
| 12 | Other. Specify: POC - 410A | 01/17/2019 | (12) | $250.00 |
| 13 | Other. Specify: |  | (13) | $0.00 |
| 14 | Other. Specify: |  | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  <u>Brad M Mieske</u>                                    Case number *(if known)* <u>18-22127-dob</u>
         Print Name    Middle Name    Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

    ☐ I am the creditor

    ■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ <u>/s/ Paul Crockett</u>                                         Date  <u>**04/08/2019**</u>
   Signature

Print      <u>**Paul Crockett**</u>                                Title   <u>Bankruptcy Attorney</u>
           First Name    Middle Name    Last Name

Company    <u>RAS Crane, LLC</u>

Address    <u>10700 Abbott's Bridge Road, Suite 170</u>
           Number              Street

           <u>Duluth, GA 30097</u>
           City                       State      ZIP Code

Contact Phone  <u>470-321-7112</u>                                Email   <u>pcrockett@rascrane.com</u>

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# BAY CITY DIVISION

IN RE:

Brad M Mieske,

    Debtor,

CASE NO.: 18-22127-dob

CHAPTER 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___April 8, 2019_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

TADD R. KLIMMEK
KLIMMEK LAW OFFICE PLC
7479 MIDDLEBELT RD.
SUITE 2
WEST BLOOMFIELD, MI 48322

THOMAS MCDONALD
3144 DAVENPORT
SAGINAW, MI 48602

BRAD M MIESKE
718 BAY RD
BAY CITY, MI 48706

 

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: __/s/ Ben Abaidoo_____
    Ben Abaidoo
    babaidoo@rascrane.com